■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

ROBERT S. DAVIS, Appellant. [617 NYS2d 692] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Fallon, Callahan and Boehm, JJ.